PER CURIAM.
Affirmed. See Mercer v. Raine, 443 So.2d 944 (Fla.1983); McGriff v. McGill, 62 So.2d 28, 30 (Fla.1952); Winn & Lovett Grocery Co. v. Saffold Bros. Produce Co., 121 Fla. 833, 164 So. 681 (1936); Steinmetz Group Ltd. v. Blackmon, 471 So.2d 54 (Fla. 3d DCA 1985); Watson v. Peskoe, 407 So.2d 954 (Fla. 3d DCA 1981); Heimer v. Travelers Insurance Co., 400 So.2d 771, 774 (Fla. 3d DCA 1981); Ferrante v. Waters, 383 So.2d 749 (Fla. 4th DCA 1980); Sentry Indemnity Co. v. Hendricks Enterprises, 371 So.2d 1105, 1106 (Fla. 4th DCA 1979); Bay Products Corp. v. Winters, 341 So.2d 240, 241-42 (Fla. 3d DCA 1976); Frell v. Frell, 154 So.2d 706 (Fla. 3d DCA 1963).